IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | No. 3:08-CR-0134-B |
| | ) | |
| IRENE ANDERSON, | ) | |

ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted, and the defendant's July 14, 2011 motion for return of property is construed as a civil action seeking the return of property. The Clerk of the Court is directed to open a new civil case, file the motion as a civil complaint in that case, and directly assign the new case to District Judge Jane J. Boyle and Magistrate Judge Irma Carrillo Ramirez. The Clerk is also directed to file the Government's July 22, 2011 response in the new case.

SO ORDERED.

SIGNED on the 16th day of August, 2011.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE